**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. EMPIRE PENCIL COMPANY, DIVISION OF HASSENFIELD BROS., Inc., Respondent.**

No. 11214.

United States Court of Appeals
Sixth Circuit.

Feb. 8, 1951.

George J. Bott, Washington, D. C., John C. Getreu, Regional Director, Atlanta, Ga., Thomas F. Maher, Washington, D. C., for petitioner.

Bass, Berry & Sims, Nashville, Tenn., Cecil Sims, Nashville, Tenn., for respondent.

Before ALLEN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

And it appearing that the Board's findings of fact are supported by substantial evidence on the record considered as a whole;

A decree is hereby entered enforcing the order of the National Labor Relations Board issued November 2, 1949.

---

**Selma KANTZ, Administratrix of the Estate of Manny Dyskant and Marian Dyskant, and Herbert Dyskant and Theodore Dyskant, Plaintiffs-Appellants, v. FUGATE & GIRTON DRIVEWAY CO., Inc., Defendant-Appellee.**

No. 11236.

United States Court of Appeals
Sixth Circuit.

Feb. 8, 1951.

Jacob Rassner, New York City, David A. Christopher, Cleveland, Ohio, Jack Steinman, New York City, for appellants.

Pickrel, Schaeffer & Ebeling, Dayton, Ohio, William H. Selva, Dayton, Ohio, for appellee.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the arguments of counsel, and after consideration of the contention of the appellants that the District Court erred in directing the jury to return a verdict for the defendant, and it appearing that there was no error in the direction of the verdict or in the judgment entered, after due consideration,

It is ordered, adjudged, and decreed that the judgment of the District Court be and is hereby affirmed.